UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ISAIAH REDD | Crim. No. 25-mj-14064 (RLS)<br><br>**ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

This matter having come before the Court by application of the Defendant Isaiah Redd, (by Adam Axel, Assistant Federal Public Defender), and the United States (by Assistant United States Attorney Matthew Belgiovine) consenting, for an Order modifying Mr. Redd's conditions of pretrial release; and

WHEREAS on December 18, 2025, Mr. Redd appeared before the Court for his initial appearance, and the Court ordered his release on pretrial supervision, with several conditions, including that he surrenders his U.S. passport to Pretrial Services; and

WHEREAS Mr. Redd has an arraignment in the Eastern District of Texas on January 29, 2026, before the Honorable Don D. Bush, USMJ, and he will need his U.S. Passport to board his flights; and

WHEREAS Mr. Redd has an appointment with the New Jersey Department of Motor Vehicles on March 7, 2026, to obtain a REAL ID, and will need his passport for a portion of the "6-Points" ID requirement; and

WHEREAS Pretrial Services has requested an Order to allow Mr. Redd to retrieve his passport for his upcoming flight from Pretrial Services on January 22, 2026; and

WHEREAS Pretrial Services has requested an Order to allow Mr. Redd to retrieve his passport prior to his March 7, 2026 appointment at the New Jersey Department of Motor Vehicles;

IT IS, therefore, on this 12th day of January, 2026,

ORDERED that:

1. Mr. Redd shall be permitted to retrieve his passport from Pretrial Services on January 22, 2026, for the purpose of traveling for his Court appearance in Texas.

2. Mr. Redd must surrender his passport to Pretrial Services no later than 48 hours after his return to New Jersey from Texas.

3. Mr. Redd shall be permitted to retrieve his passport from Pretrial Services on March 5, 2026, for use at his appointment with the New Jersey Department of Motor Vehicles on March 7, 2026.

4. Mr. Redd must return his passport to Pretrial Services no later than March 8, 2026.

5. All other conditions of Pretrial Release remain in place.

_____
Rukhsanah L. Singh
United States Magistrate Judge