UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ISAIAH REDD | Crim. No. 25-mj-14064 (RLS)<br><br>**ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

This matter having come before the Court by application of the Defendant Isaiah Redd, (by Adam Axel, Assistant Federal Public Defender), and the United States (by Assistant United States Attorney Matthew Belgiovine) consenting, for an Order modifying Mr. Redd's conditions of pretrial release; and

WHEREAS on December 18, 2025, Mr. Redd appeared before the Court for his initial appearance, and the Court ordered his release on pretrial supervision, with several conditions, including that his travel be restricted to New Jersey and the Eastern District of Texas for court appearances; and

WHEREAS Mr. Redd's grandfather, James Jackson, passed away on January 13, 2026; and

WHEREAS Mr. Jackson's funeral and burial services were initially scheduled to be held on Saturday January 24, 2026, at 2:00 pm, at the Second Bethlehem Missionary Baptist Church, US Hwy 29, Brewton, Alabama, 36426; and

WHEREAS due to a winter storm that impacted a large portion of the United States, the funeral was postponed until February 1, 2026, at 2:00 pm, at the Second Bethlehem Missionary Baptist Church, US Hwy 29, Brewton,

Alabama, 36426;

IT IS, therefore, on this 28th day of January, 2026,

ORDERED that:

1. Mr. Redd shall be permitted to leave the State of New Jersey on January 31, 2026, and drive to Brewton, Alabama for the purpose of attending his grandfather's funeral and burial services.

2. While in Alabama, Mr. Redd shall be permitted to stay at his mother's cousin's home, Linda Benjamin, at 13676 Hwy. 29, Brewton, AL 36426.

3. Mr. Redd must return to New Jersey on February 3, 2026.

4. All other conditions of Pretrial Release remain in place.

Rukhsanah L. Singh
United States Magistrate Judge